**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOO BEAR ENTERPRISES, LLC, | ) | Case No. 15-36712 |
| d/b/a GRAND TOUR RESTAURANT | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CREDITORS

The following is a list of the top twenty unsecured creditors holding claims against the above-captioned debtor and debtor in possession (the "*Debtor*") that has commenced a chapter 11 case in this Court. This list has been prepared from the unaudited books and records of the Debtor. The list reflects amounts from the Debtor's books and records as of October 28, 2015.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtor's chapter 11 case. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, the authorized officer of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the attached list of unsecured creditors holding the twenty largest claims and that it is true and correct to the best my information and belief.

Dated: October 30, 2015

Signature: _____
Jesse T. Boyle, Authorized Officer

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Global Cash Network, Inc.<br>210 W Campus Dr. #C<br>Arlington Heights, IL 60004 | Seller's Note | | $420,000.00 |
| WM Capital<br>Attn: Paul J. Richards<br>111 N. Ottawa Street<br>Joliet, IL 60432 | Loan | | $375,000.00 |
| Jesse Boyle<br>1301 Degener Ave.<br>Elmhurst, IL 60126 | Reimbursement | | $60,000.00 |
| Erin Lakshmanan<br>420 E. Waterside Dr. Unit 1401<br>Chicago, IL  60601 | Trade Debt | | $30,176.97 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Trade Debt | | $22,500.00 |
| U.S. Foodservice<br>800 Supreme Drive<br>Suite 200<br>Bensenville, IL 60106 | Trade Debt | | $22,500.00 |
| Nick O'Meara<br>14920 South Keeler<br>Midlothian, IL  60445 | Salary | | $17,500.00 |
| Alison Avgeris<br>2811 Farmview Road<br>New Lenox, IL 60451 | Back Pay | | $15,000.00 |
| Gordon Food Service<br>1300 Gezon Parkway SW<br>Wyoming, MI 49509 | Trade Debt | | $14,097.04 |
| Steve Heffron<br>2436 W. Berteau Ave.<br>1st Floor<br>Chicago IL 60618 | Back Pay | | $10,000.00 |
| ComEd<br>10 South Dearborn Street<br>Chicago, IL 60603 | Trade Debt | | $9,373.93 |

4851-7480-5541, v. 1                                              2

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Procom<br>951 Busse Rd<br>Elk Grove Village, IL 60007 | Trade Debt | | $6,033.46 |
| Stuever & Sons<br>22W010 Byron Ave<br>Addison, IL 60101 | Trade Debt | | $5,780.78 |
| People's Gas<br>200 E. Randolph<br>Chicago, IL 60601 | Trade Debt | | $4,621.14 |
| Isabelli Media Relations<br>320 W. Ohio St.<br>3rd floor W, Suite 43<br>Chicago, IL 60654 | Judgment | | $2,763.46 |
| Open Table Inc.<br>PO Box 671198<br>Dallas, TX 75267-1198 | Trade Debt | | $2,518.52 |
| Buedel Fine Meats<br>7661 S 78th Ave, Bridgeview, IL 60455 | Trade Debt | | $2,449.60 |
| MT Foods<br>400 N Noble St, Chicago, IL 60642 | Judgment | | $2,400.00 |
| Comcast, Comcast Center<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 | Trade Debt | | $2,283.26 |
| James Sudz & Service Inc<br>1436 Clinton Ave<br>Berwyn, IL, 60402. | Trade Debt | | $1,290.85 |